# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Shelby Ligons<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  20-mj-1082 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 30, 2020  in the county of  Davidson  in the
 Middle  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Destruction of Property Using Fire and Explosives |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Potts, Special Agent, FBI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with
Fed. R. Crim. P. 4.1.

Date:  08/03/2020

_____
*Judge's signature*

City and state:  Nashville, Tennessee

Barbara D. Holmes, U.S. Magistrate Judge
*Printed name and title*