# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-CR-00161-2 |
| ) | Judge Trauger |
| SHELBY LIGONS ) | |

## SHELBY LIGONS' SENTENCING POSITION AND MOTION FOR DOWNWARD DEPARTURE

COMES the Defendant, SHELBY LIGONS, by and through undersigned counsel and hereby provides the following position with respect to the United States Sentencing Guideline calculation in the presentence investigation report (PSR) dated July 9, 2021.

Ms. Ligons' acknowledges that the guideline calculation by the U.S. Probation Office is accurate, however Ms. Ligons humbly suggests that several departures from her advisory sentencing guideline range may be appropriate. Ms. Ligons intends to move for a departure under the advisory sentencing guidelines, and for a sentencing variance pursuant to Title 18 U.S.C. section 3553(a), under the following:

Age (U.S.S.G. § 5H1.1)

Mental and Emotional Conditions (U.S.S.G. § 5H1.3)

Family Ties and Responsibilities (U.S.S.G. § 5H.16).

For the record, Ms. Ligons raises these guideline departures here, but will address each in detail in her contemporaneously filed sentencing memorandum that will request variances under similar grounds.

Respectfully submitted,

___s/ **Jodie A. Bell**_____
JODIE A. BELL, No. 18336
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following:

Ben Schrader
U.S. Attorney's Office
Middle District of Tennessee
Suite A-961, 110 Ninth Avenue South
Nashville, Tennessee 37203

This the 12th day of July 2021.

                                        /s/ Jodie A. Bell
                                        JODIE A. BELL